The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAFA MEKKI,<br><br>                    Plaintiff,<br><br>        v.<br><br>UR M. JADDOU, *et al.*,<br><br>                    Defendants. | No. 2:22-cv-1566-RAJ<br><br>STIPULATED ORDER FOR<br>DISMISSAL AND REMAND |

Plaintiff brought this litigation pursuant to 8 U.S.C. § 1447(b) seeking the adjudication of her naturalization application.  All parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice of the above-captioned action, with each party to bear their own fees or costs.  The parties further agree that this case will be remanded to the United States Citizenship and Immigration Service ("USCIS") for adjudication of Plaintiff Wafa Mekki's naturalization application.  USCIS will adjudicate the application within twenty-one days of this Court's order remanding the case to the agency.

///

///

///

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

Dated: November 25, 2022

Respectfully submitted,

BARON LAW PLLC

*s/ Alexander Baron*
ALEXANDER BARON WSBA #47526
631 Strander Blvd., Ste. G
Tukwila, WA 98188
Tel.: (206) 412-6744
Email: baronlawpllc@gmail.com

*Attorney for Plaintiff*

NICHOLAS W. BROWN
United States Attorney

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT
NYS#4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Tel.: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorney for Defendants*

## ORDER

IT IS HEREBY ORDERED that the Parties' Stipulated Order for Dismissal is GRANTED. The case is dismissed without prejudice with each party to bear their own costs. Defendants will adjudicate Plaintiff's naturalization application within twenty-one days of this Court's order.

DATED this 2nd day of December, 2022.

The Honorable Richard A. Jones
United States District Judge

STIPULATED ORDER FOR DISMISSAL.
(C22-01566 RAJ) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800